UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; and UMG RECORDINGS, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEBRA AGUILAR,<br><br>　　　　Defendant. | No. 2:05-cv-01141Z(RSL)<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

　　　Having considered plaintiffs' "Application for Default Judgment by the Court," the additional evidence provided on June 1, 2006, and the remainder of the record, the Court finds as follows:

　　　1.　　Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the six sound recordings listed in Exhibit A to the Complaint. Having been adjudged to be in default, defendant is liable to plaintiffs for infringement in the amount of $4,500.

　　　2.　　Defendant shall further pay plaintiffs' costs of suit herein in the amount of $390.

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**
**No. 2:05-cv-01141Z(RSL) - Page 1**

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Learn To Fly," on album "There Is Nothing Left To Lose," by artist "Foo Fighters" (SR# 285-034);
- "How's It Going to Be," on album "Third Eye Blind," by artist "Third Eye Blind" (SR# 188-673);
- "Hotel California," on album "Hotel California," by artist "Eagles" (SR# N38950);
- "Nice to Know You," on album "Morning View," by artist "Incubus" (SR# 306-181);
- "The Bad Touch," on album "Hooray For Boobies," by artist "Bloodhound Gang" (SR# 278-185);
- "Roll Out," on album "Word of Mouf," by artist "Ludacris" (SR# 304-605);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**
No. 2:05-cv-01141Z(RSL) - Page 2

4. The Clerk of Court is directed to enter judgment in favor of plaintiffs and against defendant.

Dated this 9th day of June, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge